*In re* **SUFIE**, Jan Josef (MR 19949)
Lansing, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed.

Respondent Jan Josef Sufie is suspended from the practice of law for 18 months and until further order of the Court.